UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                  :

STEWART B. HERMAN,                                    :

        Plaintiff,                                       :

        v.                                            : Case No. 1-25-cv–03162-JHR-RWL

KATTEN MUCHIN ROSENMAN LLP, NOAH S. HELLER, :
AND MICHAEL I. VERDE,                          :

        Defendants.                                   :
—------------------------------------------------------------------------x

## MOTION TO CORRECT FILING ERROR AND CITATION

Plaintiff Stewart Herman, proceeding pro se, respectfully moves this Court for an order correcting a clerical docketing error with respect to Plaintiff's filings on September 8, 2025. Plaintiff also wishes to note a correction to a case citation. In support of this motion, Plaintiff states as follows:

1. On September 8, 2025, Plaintiff filed seven documents in connection with his Rule 72(a) objections:

    -- Notice of Motion (Dkt. No. 23);

    -- Memorandum of Law in Support of Plaintiff's Objections Under Fed. R. Civ. P. 72(a) to Magistrate Judge Lehrburger's Decision and Order Dated August 27, 2025 (Dkt. No. 24);

    -- Plaintiff's Affidavit in Support of Plaintiff's Objections to Magistrate Judge Lehrburger's Decision and Order (Dkt. No. 25);

    -- Exhibit 1 to Plaintiff's Affidavit in Support of Plaintiff's Objections to Magistrate Judge Lehrburger's Decision and Order;

1

-- Exhibit 2 to Plaintiff's Affidavit in Support of Plaintiff's Objections to Magistrate Judge Lehrburger's Decision and Order;

-- Exhibit 3 to Plaintiff's Affidavit in Support of Plaintiff's Objections to Magistrate Judge Lehrburger's Decision and Order;

-- Exhibit 4 to Plaintiff's Affidavit in Support of Plaintiff's Objections to Magistrate Judge Lehrburger's Decision and Order.

2. Due to a docketing error, the four Exhibits accompanying Plaintiff's Affidavit (Dkt. No. 25) appear on the docket as exhibits to the Notice of Motion (Dkt. No. 23).

3. The Exhibits were submitted as, and are in fact intended to be attached to and incorporated into, Plaintiff's Affidavit (Dkt. No. 25).

4. Plaintiff also notes a correction needed to a citation in Section 4 of the Memorandum of Law (Dkt. No. 24). Southern Pac. Co. v. Conway, 115 F.2d 746 is a decision of the Court of Appeals for the Ninth Circuit, not the Second Circuit. The citation should be read accordingly.

WHEREFORE, Plaintiff respectfully requests that the Court correct the docket to reflect that Exhibits 1–4 belong to Plaintiff's Affidavit (Dkt. No. 25), and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: September 14, 2025 | Respectfully submitted, |
| Morristown, New Jersey | */s/ Stewart B. Herman* |
| | Stewart B. Herman |
| | 1 Kings Court |
| | Morristown NJ 07960 |
| | 201-572-1779 |
| | stewartherman1118@gmail.com |