UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEWART B. HERMAN,<br><br>Plaintiff,<br><br>- against -<br><br>KATTEN MUCHIN ROSENMAN LLP, NOAH S. HELLER, and MICHAEL I. VERDE,<br><br>Defendants. | : | 25-CV-3162 (JHR) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By Decision and Order dated August 27, 2025, the Court stayed the instant case because an arbitration agreement governs the parties' dispute. (Dkt. 22.) Among other things, the Court found that whether or not Defendants waived their right to arbitration is a question for the arbitrator to decide. (*Id*. at 6.) On August July 28, 2026, Judge Rearden overruled Plaintiff's objections to the Decision and Order. (Dkt. 32.)

On September 14, 2026, Plaintiff filed a motion to lift the stay, on the alleged basis that Defendants have indicated they will not be bound by a potential, future arbitration decision that Defendants previously waived arbitration of the parties' dispute, and thus have repudiated their obligation under the parties' agreement to arbitrate. (Dkt. 33.) Defendants filed their opposition on September 29, 2026. (Dkt. 36.)

Plaintiff's motion has no merit. First, it is based on an incorrect premise grounded in Plaintiff's mischaracterization of Defendants' rejection of Plaintiff's proposed procedure for resolution (because the proposal was inconsistent with the parties' Partnership Agreement) as a statement that Defendants will not adhere to the arbitrator's

decisions. Second, the motion is entirely premature. According to Defendants, Plaintiff has not even initiated arbitration. (Dkt. 36 at 4.)

To the extent not discussed above, the Court has considered Plaintiff's arguments and finds them to be either moot or without merit.

Accordingly, Plaintiff's motion is DENIED.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 33.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 8, 2026
New York, New York

Copies transmitted this date to all counsel of record.